IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREEN THOMPSON, JR.                                                                                        PLAINTIFF

          v.                             Civil No. 06-2021

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                                              DEFENDANT

## **O R D E R**

Plaintiff's complaint was provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. On February 8, 2006, plaintiff filed an *in forma pauperis* application (Doc. #3). Upon review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, her request to proceed as a pauper is hereby granted.

We hereby direct that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff's counsel by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as John Ashcroft, U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 8th day of February 2006.

                                                            /s/Beverly Stites Jones
                                                            HON. BEVERLY STITES JONES
                                                            UNITED STATES MAGISTRATE JUDGE